IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

United States of America,                    )
       Plaintiff,                              )
                                      )
       v.                                      )          8:07CV213
                                        )
Jon Jakubowski,                              )
       Defendant(s),                           )
                                        )
       and                                     )
                                        )
Loup Basin Reclamation Dist.,                )
       Garnishee.                              )

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

     This matter comes before this Court on the Application For Writ of Continuing

Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of

Continuing Garnishment against Loup Basin Reclamation Dist., the garnishee, and for

good cause shown,

     IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of

Continuing Garnishment against Loup Basin Reclamation Dist., whose address is Box

137, Farwell, NE 68838.

     DATED this 31st day of January, 2008.

                                BY THE COURT:

                                s/ Joseph F. Bataillon
                                JOSEPH F. BATAILLON
                                UNITED STATES DISTRICT JUDGE