IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America, )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>Candice Jakubowski, )<br>    Defendant(s), )<br> )<br>    and )<br> )<br>Cargill Incorporated, )<br>    Garnishee. ) | 8:07CV213 |

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Cargill Incorporated, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Cargill Incorporated, whose address is P.O. Box 283, St. Louis, MO 63166.

DATED this 31st day of January, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE